**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

METROPOLITAN NATIONAL BANK                                                                PLAINTIFF

v.                                              NO. 4:10CV00767 JLH

EDWARD M. HARVEY and
BONNIE P. HARVEY                                                                              DEFENDANTS

## ORDER

Metropolitan National Bank's motion for leave to file an amended complaint and motion to compel the attendance of Bonnie P. Harvey are GRANTED. Documents #15 and #19. The amended complaint must be filed within seven days from the entry of this order. The Court hereby orders Bonnie P. Harvey to attend the hearing scheduled to begin at 9:30 a.m. on Friday, August 20, 2010.

IT IS SO ORDERED this 19th day of August, 2010.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE