**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

METROPOLITAN NATIONAL BANK                                                                 PLAINTIFF

v.                                          NO. 4:10CV00767 JLH

EDWARD M. HARVEY and
BONNIE P. HARVEY, individually and
in her official capacity as guardian for
Edward M. Harvey                                                                                   DEFENDANTS

**ORDER**

The joint motion for an extension of time to move for leave to add parties or amend pleadings is GRANTED.  Document #37.  The deadline is hereby extended up to and including March 8, 2011.

All other deadlines remain as set forth in the final scheduling order entered on October 13, 2010.

IT IS SO ORDERED this 22nd day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE