**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

METROPOLITAN NATIONAL BANK                                                           PLAINTIFF

v.                                              NO. 4:10CV00767 JLH

EDWARD M. HARVEY and
BONNIE P. HARVEY, individually and
in her official capacity as guardian for
Edward M. Harvey                                                                          DEFENDANTS

## ORDER

The joint motion for an extension of time to complete discovery is GRANTED. Document #41. The deadline for completing discovery is hereby extended up to and including March 30, 2011.

IT IS SO ORDERED this 28th day of February, 2011.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE