**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

METROPOLITAN NATIONAL BANK                                                                PLAINTIFF

v.                                                        NO. 4:10CV00767 JLH

EDWARD M. HARVEY and
BONNIE P. HARVEY, individually and
in her official capacity as guardian for
Edward M. Harvey                                                                              DEFENDANTS

**ORDER**

Metropolitan National Bank filed a motion to compel production of certain documents. The defendants have responded, stating that they have delivered to counsel for Metropolitan National Bank all documents that could be located that are responsive to the document requests. The motion to compel is therefore denied as moot without prejudice to the right of Metropolitan National Bank to renew the motion if after reviewing the documents it appears that others exist but have not been produced and if after counsel refer in good faith the parties cannot resolve such a disagreement on that issue. Document #43.

IT IS SO ORDERED this 15th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE