**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

METROPOLITAN NATIONAL BANK                                      PLAINTIFF

v.                                  No. 4:10CV00767 JLH

EDWARD M. HARVEY and
BONNIE P. HARVEY, individually and
in her official capacity as guardian for
Edward M. Harvey                                                DEFENDANTS

## ORDER

Good cause having been shown, the joint motion for an extension of time to complete discovery is GRANTED. Document #50. The discovery deadline is hereby extended up to and including April 30, 2011.

IT IS SO ORDERED this 25th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE