# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| METROPOLITAN NATIONAL BANK | | PLAINTIFF |
| v. | NO. 4:10CV00767 JLH | |
| EDWARD M. HARVEY and<br>BONNIE P. HARVEY, individually and<br>in her official capacity as guardian for<br>Edward M. Harvey | | DEFENDANTS |

## ORDER

The joint motion for an extension of time to complete discovery and serve pretrial disclosures is GRANTED. Document #74. The deadline to complete discovery is extended up to and including May 15, 2011. The deadline for the parties to submit pretrial disclosures is extended up to and including May 6, 2011.

IT IS SO ORDERED this 19th day of April, 2011.

*/s/ J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE