IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

METROPOLITAN NATIONAL BANK                                              PLAINTIFF

v.                                         NO. 4:10CV00767 JLH

EDWARD M. HARVEY and
BONNIE P. HARVEY, individually and
in her official capacity as guardian for
Edward M. Harvey                                                       DEFENDANTS

## ORDER OF DISMISSAL

Having been informed that a settlement has been reached in this matter, the Court finds that this case should be dismissed with prejudice.

IT IS SO ORDERED this 19th day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE